MEHRLE, Respondent, v. AMERICAN BRIDGE CO. OF NEW YORK, Appellant. (Supreme Court, Appellate Division, First Department. November 19, 1909.) Action by Julia Mehrle against the American Bridge Company of New York. R. G. Bolling, for appellant. J. E. Duross, for respondent. No opinion. Determination (115 N. Y. Supp. 724) affirmed, with costs. Order filed.

---

MERCHANTS' BANK OF ROCHESTER, Respondent, v. ROCHESTER GLASS & PAINT CO. et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. November 24, 1909.) Action by the Merchants' Bank of Rochester against the Rochester Glass & Paint Company and others. No opinion. Judgment affirmed, with costs.

---

MEYER et al., Respondents, v. McLEOD, Appellant. (Supreme Court, Appellate Division, Second Department. November 24, 1909.) Action by Cord Meyer, Jr., and others, against David A. McLeod. No opinion. Motion for reargument denied, with costs. See, also, 118 N. Y. Supp. 1125.

---

MEYER, Respondent, v. B. A. & G. N. WILLIAMS, Appellant. (Supreme Court, Appellate Division, First Department. November 5, 1909.) Action by Frederick C. Meyer against B. A. & G. N. Williams. F. V. Johnson, for appellant. A. Steckler, for respondent. PER CURIAM. Judgment and order affirmed, with costs. Order filed. HOUGHTON, J., dissents.

---

MICHIE et al., Appellants, v. LIMBURG et al., Respondents. (Supreme Court, Appellate Division, Second Department. November 19, 1909.) Action by Mabel G. Michie and another against Richard Limburg and others. No opinion. Order affirmed, with $10 costs and disbursements.

---

MILLER v. GRAND LODGE A. O. U. W. OF STATE OF NEW YORK. (Supreme Court, Appellate Division, Fourth Department. November 24, 1909.) Action by Walter Miller, as executor, etc., against the Grand Lodge of the Ancient Order of United Workmen of the State of New York. No opinion. Judgment affirmed, with costs.

---

MITCHELL v. DUNMORE REALTY CO. (Supreme Court, Appellate Division, First Department. November 12, 1909.) Action by Donald Mitchell against the Dunmore Realty Company. No opinion. Motion denied, without costs. Order filed. See, also, 132 App. Div. 180, 116 N. Y. Supp. 812.

---

In re MOESER. FRANK v. CARTER (two cases). (Supreme Court, Appellate Division, First Department. November 12, 1909.) In the matter of George Moeser. Actions by Amy N. Frank against William Carter. No opinions. Motions denied. Orders filed.

---

MOORE, Appellant, v. VULCANITE PORTLAND CEMENT CO., Respondent. (Supreme Court, Appellate Division, First Department. November 5, 1909.) Action by Albert S. Moore against the Vulcanite Portland Cement Company. H. D. Byrnes, for appellant. W. F. Upson, for respondent. PER CURIAM. Judgment affirmed, with costs, on 121 App. Div. 667, 106 N. Y. Supp. 393. Order filed. SCOTT, J., dissents.

---

MORAT, Appellant, v. NEWTON et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. December 1, 1909.) Action by Fred Morat, as executor, etc., against Viola H. Newton and others as executors, etc. PER CURIAM. Judgment affirmed, with costs. SPRING and WILLIAMS, JJ., dissent.

---

MORGENTHALER et al., Respondents, v. HULL, Appellant. (Supreme Court, Appellate Division, Second Department. December 3, 1909.) Action by Frederick W. Morgenthaler and others against Robert B. Hull. No opinion. Judgment and order affirmed, with costs.

---

MORIARTY, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. November 17, 1909.) Action by John Moriarty against the New York Central & Hudson River Railroad Company. PER CURIAM. Order affirmed, with costs. WILLIAMS, J., dissents.

---

MORLEY, Respondent, v. INTERBORO RAPID TRANSIT CO., Appellant (two cases). (Supreme Court, Appellate Division, First Department. November 5, 1909.) Actions by Emma Morley and by Frank L. Morley against the Interboro Rapid Transit Company. J. H. Adams, for appellant. R. J. Donovan, for respondents. No opinion. Judgments and orders affirmed, with costs. Order filed.

---

MORRISON v. LAING. (Supreme Court, Appellate Division, First Department. November 5, 1909.) Action by Andrew F. Morrison against Ella L. Laing. No opinion. Motion denied, with $10 costs. Order filed.

---

MORRISSEY, Respondent, v. GIBBS, Appellant. (Supreme Court, Appellate Division, Third Department. November 10, 1909.) Action by Joseph Morrissey against William H. Gibbs. No opinion. Interlocutory judgment affirmed, with costs. See, also, 118 N. Y. Supp. 1126.